Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: David H. O'Neill

Debtor(s)

Case No.: 15-31093
Judge:
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☐ Discharge Sought
☐ No Discharge Sought

Date: 5/10/2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The Debtor shall pay __199.00 Monthly__ to the Chapter 13 Trustee, starting on ___ for approximately 54 more months for a total of 60 months..

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

- [✓] Sale of real property
  Description: 114 N. Avolyn Ave. Ventnor, N.J.
  Proposed date for completion: 1/5/2018

- [ ] Refinance of real property
  Description:
  Proposed date for completion:

- [✓] Loan modification with respect to mortgage encumbering property
  Description: Completed Modification of Mortgage held by Shelpoint on 609 Kingsley Dr
  Proposed date for completion: 5/1/2017 Completed

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas E. Dowey, Esq | Attorney Fees | 2000.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

___ Not less than $___ to be distributed *pro rata*

**x** Not less than **100%** percent

___ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

      6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| To pay tax lien in full. | House at 114N. Avolyn Ave being sold and tax lien paid |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    September 25, 2017    /s/ Thomas E. Dowey Esq.
                                             Thomas E. Dowey Esq.
                                             Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    September 25, 2017    /s/ David H. O'Neill
                                             David H. O'Neill
                                             Debtor

Date:    _____
                                             Joint Debtor

Software Copyright (c) 1996-2015 Best Case. LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-31093-ABA
David H. O'Neill                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 03, 2017
                              Form ID: pdf901          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db         +David H. O'Neill,    609 Kingsley Dr.,    Ventnor City, NJ 08406-1023
cr         +DSHC Enterprises, LLC,    Rebecca D. Boudwin, Esquire,    Comegno Law Group, P.C.,
             521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
cr         +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
             Suite 302,    Roseland, NJ 07068-1640
515841236  +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
515913991   American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516255918  +Celene Duckworth,    114 N. Avolyn Ave., 2nd Fl.,    Ventnor City, NJ 08406-2117
516862695  +DSHC Enterprises, LLC,    c/o Rebecca D. Boudwin, Esquire,    Comegno Law Group, P.C.,
             521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
516701471   MTGLQ INVESTORS, L.P.,     c/o Shellpoint Mortgage Serving,    PO Box 10826,
             Greenville, SC  29603-0826
516701472  +MTGLQ INVESTORS, L.P.,     c/o Shellpoint Mortgage Serving,    PO Box 10826,
             Greenville, SC  29603-0826,    MTGLQ INVESTORS, L.P.,
             c/o Shellpoint Mortgage Serving 29603-0826
516255919  +Michael McQuillan,    114 N. Avolyn Ave., 1st Fl,    Ventnor City, NJ 08406-2117
515841239  +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
516483791  +Robertson, Anschutz & Schneid, PL,    Bankruptcy Dept.,    6409 Congress Ave., Ste. 100,
             Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2017 23:09:24     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2017 23:09:22     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
515841237   E-mail/Text: legal@arsnational.com Oct 03 2017 23:09:07     ARS National Services, Inc.,
             P.O. Box 463023,    Escondido, CA 92046-3023
515841238   E-mail/Text: mrdiscen@discover.com Oct 03 2017 23:08:34     Discover,    P.O. Box 3025,
             New Albany, OH 43054-3025
515849568   E-mail/Text: mrdiscen@discover.com Oct 03 2017 23:08:34     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515841240   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2017 23:11:52
             Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Ste. 100,    Norfolk, VA 23502
515897536   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2017 23:11:37
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.A.,    POB 41067,
             Norfolk VA 23541
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515841241   ##+RAS Citron LLC,    91 Clinton Road, Suite 9-A,    Fairfield, NJ 07004-2917
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Oct 03, 2017
                               Form ID: pdf901          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor   Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Rebecca Diane Boudwin    on behalf of Creditor   DSHC Enterprises, LLC rboudwin@comegnolaw.com
          Thomas E. Dowey    on behalf of Debtor David H. O'Neill tdesquire@hotmail.com
                                                                                                                                                  TOTAL: 9