Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−31093−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David H. O'Neill
   609 Kingsley Dr.
   Ventnor City, NJ 08406

Social Security No.:
   xxx−xx−8319

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/9/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: November 9, 2017
JAN: bc

                                                                                Jeanne Naughton
                                                                                Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 15-31093-ABA
David H. O'Neill                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin              Page 1 of 2         Date Rcvd: Nov 09, 2017
                            Form ID: 148             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db             +David H. O'Neill,    609 Kingsley Dr.,    Ventnor City, NJ 08406-1023
cr             +DSHC Enterprises, LLC,    Rebecca D. Boudwin, Esquire,    Comegno Law Group, P.C.,
                 521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
516255918      +Celene Duckworth,    114 N. Avolyn Ave., 2nd Fl.,    Ventnor City, NJ 08406-2117
516862695      +DSHC Enterprises, LLC,    c/o Rebecca D. Boudwin, Esquire,    Comegno Law Group, P.C.,
                 521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
516701471       MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
516701472      +MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826,    MTGLQ INVESTORS, L.P.,
                 c/o Shellpoint Mortgage Serving 29603-0826
516255919      +Michael McQuillan,    114 N. Avolyn Ave., 1st Fl,    Ventnor City, NJ 08406-2117
515841239      +Nationstar Mortgage,    P.O. Box 619094,   Dallas, TX 75261-9094
516483791      +Robertson, Anschutz & Schneid, PL,    Bankruptcy Dept.,    6409 Congress Ave., Ste. 100,
                 Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:38      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515841237       EDI: ARSN.COM Nov 09 2017 22:48:00      ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
515841236      +EDI: AMEREXPR.COM Nov 09 2017 22:48:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
515913991       EDI: BECKLEE.COM Nov 09 2017 22:48:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515841238       EDI: DISCOVER.COM Nov 09 2017 22:48:00      Discover,    P.O. Box 3025,
                 New Albany, OH 43054-3025
515849568       EDI: DISCOVER.COM Nov 09 2017 22:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
515841240       EDI: PRA.COM Nov 09 2017 22:48:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,
                 Ste. 100,   Norfolk, VA 23502
515897536       EDI: PRA.COM Nov 09 2017 22:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515841241     ##+RAS Citron LLC,   91 Clinton Road, Suite 9-A,    Fairfield, NJ 07004-2917
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Rebecca Diane Boudwin    on behalf of Creditor    DSHC Enterprises, LLC rboudwin@comegnolaw.com
          Thomas E. Dowey    on behalf of Debtor David H. O'Neill tdesquire@hotmail.com
                                                                                             TOTAL: 9